**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ONMYWHEY, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                Defendants. | Case No. 22-cv-06072<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Beth W. Jantz** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, December 15, 2022, at 9:15 a.m., Plaintiff, by its counsel, shall appear before the Honorable Virginia M. Kendall in Courtroom 2503 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion for Entry of a Preliminary Injunction.

Dated this 12th day of December 2022.    Respectfully submitted,

                                                  /s/ Justin T. Joseph
                                                Amy C. Ziegler
                                                Justin R. Gaudio
                                                Justin T. Joseph
                                                Greer, Burns & Crain, Ltd.
                                                300 South Wacker Drive, Suite 2500
                                                Chicago, Illinois 60606
                                                312.360.0080
                                                312.360.9315 (facsimile)
                                                aziegler@gbc.law
                                                jgaudio@gbc.law
                                                jjoseph@gbc.law

                                                *Counsel for Plaintiff OnMyWhey, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A attached hereto that includes a link to said website.

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiff OnMyWhey, LLC.*