**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ONMYWHEY, LLC,<br><br>                 Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                 Defendants. | Case No. 22-cv-06072<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Beth W. Jantz** |

**DECLARATION OF SERVICE**

I, Justin T. Joseph, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff OnMyWhey, LLC ("OnMyWhey" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On November 17, 2022, this Court entered an Order [24] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Kayvon Pourmirzaie and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on December 12, 2022, I electronically published the Complaint, TRO, Summons and other relevant documents on a website.

1

4. I hereby certify that on December 12, 2022, I sent an e-mail to the e-mail addresses identified in Exhibit A attached hereto that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of December 2022, at Chicago, Illinois.

/s/ Justin T. Joseph
Justin T. Joseph
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312-360-0080
jjoseph@gbc.law

Counsel for Plaintiff
OnMyWhey, LLC