# Exhibit A

| Storename | Email Address |
| --- | --- |
| HON-GU Store 1 | fshj20211220@163.com |
| Health and Sport Store 1 | fshj2022@163.com |
| Win win store Store | scofieldgang@126.com |
| Ningbo Smart Houseware Co., Ltd. | info@smarthouseware.com |
| Chaozhou Chaoan Caitang Xinhui Hardware Factory | caitangxinhui@163.com |
| Zhejiang Xxl Industry And Trade Co., Ltd | sales@envirodrinkware.com |
| NINGBO WELL.WAY IMP. & EXP. CO., LTD. | barrysun@wellway.com.cn |
| Xiamen Xierluo Sporting Goods Co., Ltd. | hero20333@163.com |
| Ningbo Pinbo Plastic Manufactory Co., Ltd. | sales@pinboplastic.com |
| Guangzhou Shixing Trading Co., Ltd. | shixing01@yeah.net |
| Hangzhou Maibo Technology Co., Ltd. | laura@maibottles.com |
| Smart Market Sourcing Ltd. | sales002@smartgift-nb.com |
| Goplay Store | nuoqu001da@163.com |
| For a neat home Store | te02aidu@163.com |
| Mainstream Movement Store | wuxuhui990@126.com |
| Zhejiang Maibo Industrial Co., Ltd. | sales01@shcups.com |
| Shop910320111 Store | welladaeve@163.com |
| HON-GU Store 2 | fshj20211220@163.com |
| Health and Sport Store 2 | fshj2022@163.com |
| RSport Offical Store | th20220501@163.com |
| HON-JIN Store | fshj20210613@163.com |
| Happy House Store | 2320226715@qq.com |
| Fia Outdoors Store | chenfei890702@163.com |
| Mawei_apo_s Store | 1059778098@qq.com |
| The Storage Master Store | jiangsonghad@sina.com |
| SHHVRE-Y Store | 1172169405@qq.com |
| Comfortable life 2019 Store | 3153056781@qq.com |
| Mailio Store | hfhcmyac@163.com |
| UNIX-SPORT Store | 1018684735@qq.com |
| Mother_apo_s World Store | 273825301@qq.com |
| Love-Sport Outdoor Store | th20220801@163.com |
| WIN-TOP Store | 1302486035@qq.com |
| storage sister Store | 13120069155@163.com |
| Arvin Store Store | scofieldgang1@126.com |
| OUZEY Power Sport Official Store | 2308657306@qq.com |
| checklie | causebull@163.com |
| huishuo$us | huishuokjus@163.com |
| Ronelueo | ronelueo@outlook.com |
| tirave | tirave@163.com |
| wenxiangUS2 | luoxiaoyun973@outlook.com |

| | |
|---|---|
| beyouzhou | 43792699@qq.com |
| Advantage Global Llc | jonan202201@163.com |
| | ychen@ambizlaw.com |